IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CATHOLIC DIOCESE OF BILOXI, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SYLVIA M. BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, *et al.*, <br><br> Defendants. | No. 1:14-cv-146 |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties respectfully move to stay all further proceedings in this case pending the Fifth Circuit's ruling in *East Texas Baptist University v. Burwell*, No. 14-20112, *University of Dallas v. Burwell*, No. 14-10241, *Catholic Diocese of Beaumont v. Burwell*, No. 14-40212, and *Catholic Charities, Diocese of Fort Worth v. Burwell*, No. 14-10661, consolidated appeals that raise legal issues that are substantially similar to those presented in this case, with plaintiffs reserving the right to move to lift the stay in the event the grandfathered status of their health plans becomes at risk during the intervening period.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936).

1

Plaintiffs challenge regulations that are currently being challenged in consolidated appeals pending in the Fifth Circuit. *See East Texas Baptist Univ. v. Burwell*, No. 14-20112 (5th Cir.); *Univ. of Dallas v. Burwell*, No. 14-10241 (5th Cir.); *Catholic Diocese of Beaumont v. Burwell*, No. 14-40212 (5th Cir.); and *Catholic Charities, Diocese of Fort Worth v. Burwell*, No. 14-10661 (5th Cir.). In these consolidated appeals, the Fifth Circuit will be addressing legal issues that are substantially similar to those presented here, involving facts that are similar to those in this case. Therefore, the Fifth Circuit's ruling is likely to have a significant effect on any proceedings in this case, and the Court and the parties will likely benefit from the Fifth Circuit's views.

If this case is not stayed, defendants will file a motion to dismiss or, in the alternative, for summary judgment. Defendants' motion would raise many of the same legal issues that are likely to be addressed by the Fifth Circuit. The parties respectfully submit that it would be inefficient, with regard to the time and resources of both the parties and of the Court, for litigation to proceed on these issues simultaneously in both courts. *See Ass'n of Irritated Residents v. Fred Schakel Dairy*, 634 F. Supp. 2d 1081, 1094 (E.D. Cal. 2008) ("[T]he district court has broad discretion to decide whether a stay is appropriate to promote economy of time and effort for itself, for counsel, and for litigants.").

The requested stay, moreover, will prejudice neither plaintiffs nor defendants. Because plaintiffs' health care plans are grandfathered, the challenged regulations do not currently apply to them. Moreover, were plaintiffs' health care plans to lose their grandfathered status in the coming months, the challenged regulations would not apply to plaintiffs until the start of their next plan years—July 1, 2015, and October 1, 2015. *See* Compl. ¶¶ 70, 72, 74. The Fifth Circuit has set a briefing schedule in the *East Texas Baptist University* consolidated appeals whereby briefing will be completed around December 3, 2014. In any event, plaintiffs have requested that they be permitted to move to lift the stay if their plans become at risk of losing their grandfathered status. Defendants have no objection to the Court including language in the stay order that reserves the right of the

parties to request that the Court reopen district court proceedings prior to issuance of the Fifth Circuit's ruling in *East Texas Baptist University* under appropriate circumstances.

For these reasons, the parties ask this Court to stay all proceedings in this case pending resolution of the *East Texas Baptist University* consolidated appeals.[1]

| | |
|---|---|
| Dated:   November 7, 2014 | Respectfully Submitted, |
| /s/ *Kevin J. Necaise* | JOYCE R. BRANDA |
| Kevin J. Necaise (MS Bar No. 3782) | Acting Assistant Attorney General |
| P.O. Box 636 | |
| Gulfport, Mississippi 39502-0636 | GREGORY K. DAVIS |
| Telephone: (228) 586-0933 | United States Attorney |
| kjnlaw1@att.net | |
| | JENNIFER RICKETTS |
| *Counsel for Plaintiffs the Catholic Diocese of Biloxi, Inc., the Most Reverend Roger P. Morin, Bishop and President of the Catholic Diocese of Biloxi, Inc. and as Trustee for and on behalf of the Resurrection Catholic School and the Sacred Heart Catholic School; Catholic Social and Community Services, Inc.; and De L'Epee Deaf Center, Inc.* | Director |
| | SHEILA M. LIEBER |
| | Deputy Director |
| | /s/ *Adam Grogg* |
| | ADAM GROGG (N.Y. Bar) |
| /s/ *Stephen J. Carmody* | Trial Attorney |
| Stephen J. Carmody (MS Bar No. 8345) | U.S. Department of Justice |
| BRUNINI, GRANTHAM, GROWER & HEWES, PLLC | Civil Division, Federal Programs Branch |
| 190 East Capitol Street, Suite 100 | 20 Massachusetts Ave. NW |
| Jackson, Mississippi 39205 | Washington, DC  20001 |
| Telephone: (601) 960-6890 | phone: (202) 514-2395 |
| Facsimile: (601) 960-6902 | fax: (202) 616-8470 |
| scarmody@brunini.com | email: adam.a.grogg@usdoj.gov |
| *Counsel for Plaintiffs the Catholic Diocese of Jackson, the Most Reverend Joseph R. Kopacz, Bishop and Chief Executive Officer of the Catholic Diocese of Jackson; Vicksburg Catholic School, Inc.; St. Joseph Catholic School; Catholic Charities Inc.; and St. Dominic-Jackson Memorial Hospital* | *Counsel for Defendants* |
| and | |
| E. Kendrick Smith (*pro hac vice*) | |
| Janine Cone Metcalf (*pro hac vice*) | |

---

[1] Defendants' response to the complaint is currently due on November 17, 2014. If the Court decides to deny this joint motion for a stay, defendants respectfully request that the Court grant them an extension of time to respond to the complaint until 14 days after the Court rules on this stay motion.

3

James R. Williams *(pro hac vice)*
Brian C. Lea *(pro hac vice)*
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
eksmith@jonesday.com
jmetcalf@jonesday.com
jrwilliams@jonesday.com
blea@jonesday.com

*Counsel for all Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Adam Grogg*
ADAM GROGG