IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CATHOLIC DIOCESE OF BILOXI, INC.**, *et al.* | PLAINTIFFS |
| v. | No. 1:14-cv-146 |
| **SYLVIA M. BURWELL**, in her official capacity as Secretary of the Department of Health and Human Services, *et al.* | DEFENDANTS |

## JOINT STIPULATION OF DISMISSAL

The parties hereby give notice that this case is dismissed pursuant to Rule 41(a)(1)(A)(ii).

This stipulation is signed by counsel for all parties who have appeared, and the dismissal is effective without a court order.

Dated: October 23, 2017                                          Respectfully Submitted,

|  |  |
|---|---|
| ETHAN P. DAVIS<br>Deputy Assistant Attorney General<br><br>JOEL McELVAIN<br>Assistant Director, Federal Programs Branch<br><br>/s/ *Michelle R. Bennett*<br>MICHELLE R. BENNETT<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC  20530<br>Tel: (202) 305-8902<br>Fax: (202) 616-8470<br>Email: michelle.bennett@usdoj.gov<br><br>*Counsel for Defendants* | /s/   *Stephen J. Carmody*<br>Stephen J. Carmody (MS Bar No. 8345)<br>BRUNINI, GRANTHAM, GROWER & HEWES, PLLC<br>190 East Capitol Street, Suite 100<br>Jackson, Mississippi 39205<br>Telephone: (601) 960-6890<br>Facsimile: (601) 960-6902<br>scarmody@brunini.com<br><br>Counsel for Plaintiffs the Catholic Diocese of Jackson; the Most Reverend Joseph R. Kopacz, Bishop and Chief Executive Officer of the Catholic Diocese of Jackson; Vicksburg Catholic School, Inc.; St. Joseph Catholic School; Catholic Charities Inc.; and St. Dominic-Jackson Memorial Hospital<br><br>–and– |

Kevin J. Necaise (MS Bar No. 3782)
P.O. Box 636
Gulfport, Mississippi 39502-0636
Telephone: (228) 586-0933
kjnlaw1@att.net

*Counsel for Plaintiffs the Catholic Diocese of Biloxi, Inc., the Most Reverend Roger P. Morin, Bishop and President of the Catholic Diocese of Biloxi, Inc. and as Trustee for and on behalf of Resurrection Catholic School and the Sacred Heart Catholic School; Catholic Social and Community Services, Inc.; and De L'Epee Deaf Center, Inc.*

–and–

E. Kendrick Smith (*pro hac vice*)
Janine Cone Metcalf (*pro hac vice*)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
eksmith@jonesday.com
jmetcalf@jonesday.com

*Counsel for all Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 23, 2017, I caused the foregoing *Joint Stipulation of Dismissal* to be served electronically via the Court's electronic filing system, which then served it upon all counsel of record. All other case participants will be served via the Court's electronic filing system as well.

            s/ *Stephen J. Carmody*
            Stephen J. Carmody